AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ALTROY MATTHEW, individually and on behalf of a class, Plaintiff,

V.

WINSTON PLAZA LOT STORES, INC., FAMILY PLACE MANAGEMENT, INC., and DOES 1-10, Defendants.

CASE NUMBER: **08 C 1145**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

WINSTON PLAZA LOT STORES, INC.
c/o Jeffrey S. Dweck, Registered Agent
1250 South River Road
Suite C
Cranbury, NJ 08512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

February 25, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  MARCH 3, 2008 |
| NAME OF SERVER *(PRINT)*  BIRUTE MELINIS | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1250 SOUTH RIVER ROAD SUITE C  CRANBURY, NJ

SERVED TO ROCHEL ABRAHAM (OFFICE MANAGER)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/08
Date

*Signature of Server*  Birute Melinis

c/o  A-1 Messenger Service, Inc.
378 Taylors Mills Road
Manalapan, NJ 07726

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.