# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1145 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Altroy Matthew vs. Winston Plaza Lot Stores, Inc., et al. | | |

**DOCKET ENTRY TEXT**

After careful review of the case docket, the Court hereby enters a default against defendants Winston Plaza Lot Stores, Inc. and Family Place Management, Inc. for failure to timely appear, answer or otherwise plead to the complaint.  The proposed Doe defendants 1-10 are dismissed without prejudice.  This Court will retain jurisdiction to enter a specific default judgment.  The parties are requested to fully exhaust all settlement possibilities prior to filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|