IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALTROY MATTHEW, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) Case No. 08 C 1145 |
| v. | ) ) Judge Castillo ) Magistrate Judge Cox |
| WINSTON PLAZA LOT STORES, INC., FAMILY PLACE MANAGEMENT, INC., and DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND AWARD OF DAMAGES**

On March 25, 2008, the Court entered a Default Judgment against defendants Winston Plaza Lot Store, Inc. and Family Place Management, Inc. for defendants' failure to timely appear, answer or otherwise plead to the complaint. (Exhibit A). Pursuant to this Court's order of March 25, 2008, plaintiff respectfully requests that final judgment be entered against defendants, and in favor of plaintiff in the amount of $1,000.00 plus attorney's fees and costs in the amount of $1,771.25. In support of this motion, plaintiff states as follows:

1. On February 25, 2008, plaintiff filed a complaint against defendant, alleging that defendant violated the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. ("FCRA") as amended by the Fair and Accurate Credit Transactions Act of 2003, 15 U.S.C. 1681c(g) ("FACTA"). Plaintiff specifically alleged that on January 23, 2008, plaintiff received from the Family Place at its establishment located at 1030 Winston Plaza, Melrose Park, IL 60160, computer-generated cash register receipts which displayed the expiration date of plaintiff's MasterCard credit card.

2. As stated above, defendants have been found to be in default, admitting the allegations.

3. Under 15 U.S.C. § 1681n, an individual plaintiff can receive as statutory

damages a maximum of $1,000.00.  A person who is successful on a FCRA claim can also be awarded actual damages suffered on account of the violation; however, plaintiff did not allege that he suffered actual damages.

4. Plaintiff alleged that on "January 23, 2008, plaintiff received from The Family Place... a computer-generated cash register receipt which displayed the expiration date of plaintiff's MasterCard credit card."  (Complaint, ¶20).  This allegation unequivocally states a fact which shows a violation of the FCRA.  Plaintiff requests that he be awarded the maximum $1,000.00 damage award.  Plaintiff believes that the fact that defendant provided to plaintiff a receipt which did not comply with FACTA more than a year after the effective date of the provision at issue, supports an award of the maximum statutory damages and requests that the Court enter judgment in that amount.

5. 15 U.S.C. 1681n also provides for the award of attorney's fees and costs if a plaintiff prevails on his or her claim.

6. Plaintiff also seeks an award of $1,278.00 in attorney's fees and $493.25 in costs of suit.  Plaintiff believes that the fees and costs sought are reasonable, and has attached as Exhibit B the Declaration of Daniel A. Edelman in support of his request, including a detailed statement of his counsel's time and expenses incurred in this case.

7. This case has not received any publicity such that a putative class member would be misled into believing that his rights were being prosecuted in this action.  Since no class was ever certified, notice was not issued and the class members would have no reason to rely upon this litigation.

WHEREFORE, plaintiff respectfully requests that judgment be entered in favor of plaintiff and against defendants, in the amount of $1,000.00 to plaintiff in statutory damages, and $1,771.25 in attorney's fees and costs.  A draft order is attached hereto as Exhibit C.

              Respectfully submitted,

              s/ Cassandra P. Miller
              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on April 15, 2008, a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND AWARD OF DAMAGES was filed electronically, and was served on the following via Certified Mail:

WINSTON PLAZA LOT STORES, INC.
c/o Jeffrey S. Dweck, Registered Agent
1250 South River Road
Suite C
Cranbury, NJ 08512

FAMILY PLACE MANAGEMENT, INC.
c/o Scott Dweck, Registered Agent
1250 South River Road
Suite C
Cranbury, NJ 08512

                                                    s/ Cassandra P. Miller
                                                    Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com