# EXHIBIT A

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1145 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Altroy Matthew vs. Winston Plaza Lot Stores, Inc., et al. | | |

**DOCKET ENTRY TEXT**

After careful review of the case docket, the Court hereby enters a default against defendants Winston Plaza Lot Stores, Inc. and Family Place Management, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The proposed Doe defendants 1-10 are dismissed without prejudice. This Court will retain jurisdiction to enter a specific default judgment. The parties are requested to fully exhaust all settlement possibilities prior to filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-01145   Document 12   Filed 03/25/2008   Page 1 of 1

08C1145 Altroy Matthew vs. Winston Plaza Lot Stores, Inc., et al.    Page 1 of 1