# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALTROY MATTHEW, )<br>individually and on behalf of a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINSTON PLAZA LOT STORES, INC., )<br>FAMILY PLACE MANAGEMENT, INC., )<br>and DOES 1-10, )<br>)<br>Defendants. ) | Case No. 08 C 1145<br><br>Judge Castillo<br>Magistrate Judge Cox |

## **ORDER**

This matter having come before the Court on plaintiff's motion for entry of judgment and award of damages, with the Court being fully and otherwise advised—

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. Accordingly, the Clerk of this Court is DIRECTED to enter judgment in favor of plaintiff and against defendants, for $1,000.00, plus attorney's fees and costs of $1,771.25, pursuant to 15 U.S.C. § 1681n.

IT IS FURTHER ORDERED that the claims of putative class members, as alleged in the Complaint filed by plaintiff, are hereby DISMISSED WITHOUT PREJUDICE.

Counsel for plaintiff is DIRECTED to immediately serve upon defendants a copy of this Order, through first class and certified mail.

This matter is set for a status hearing on _____, 2008 at _____ a.m. Plaintiff's counsel is requested to appear before the Court to report on defendants' compliance or non-compliance with this Court's order.

SO ORDERED this _____ day of April, 2008.

ENTER:

_____

Ruben Castillo
United States District Judge
Northern District of Illinois