**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALTROY MATTHEW, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1145 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | Magistrate Judge Cox |
| WINSTON PLAZA LOT STORES, INC., | ) | |
| FAMILY PLACE MANAGEMENT, INC., | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Tuesday, April 29, 2008 at 9:45 a.m., we will appear before Judge Ruben Castillo in Room 2141 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND AWARD OF DAMAGES**, a copy of which has been filed electronically and is hereby served upon you.

                                                   s/ Cassandra P. Miller
                                                   Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

    I, Cassandra P. Miller, hereby certify that on April 15, 2008, a copy of the foregoing document was filed electronically, and was served on the following via Certified Mail:

WINSTON PLAZA LOT STORES, INC.
c/o Jeffrey S. Dweck, Registered Agent
1250 South River Road
Suite C
Cranbury, NJ 08512

FAMILY PLACE MANAGEMENT, INC.
c/o Scott Dweck, Registered Agent
1250 South River Road
Suite C
Cranbury, NJ 08512

              s/ Cassandra P. Miller
              Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)