## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1145 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Altroy Matthew vs. Winston Plaza Lot Stores, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/29/2008. Plaintiff's motion for entry of judgment and award of damages [12] is granted. Judgment is entered in favor of plaintiff, Altroy Matthew and against defendants Winston Plaza Lot Stores, Inc. and Family Place Management, Inc. in the amount of $1,000, plus attorney's fees and costs of $1,771.25, pursuant to 15 U.S.C. §1681n. The claims of the putative class members, as alleged in the Complaint filed by plaintiff are dismissed without prejudice. This court will retain jurisdiction to enforce this Order.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|